650

**REVERSED,** and the case **REMANDED** to the trial court for reinstatement of the sexually violent predator designation.

Jurisdiction relinquished.

921 A.2d 1180

Jahn CHESNOV, Individually and as a Candidate for Bucks County Common Pleas Judge, Appellant,

v.

Pedro A. CORTES Secretary of the Commonwealth and Harry Van Sickle Commissioner of Elections, Appellees,

Harry Fawkes, Intervenor,

Jahn Chesnov, Individually and as a Candidate for Bucks County Common Pleas Judge

v.

Pedro A. Cortes Secretary of the Commonwealth and Harry Van Sickle Commissioner of Elections.

Appeal of Harry Fawkes, Intervenor.

Supreme Court of Pennsylvania.

April 26, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby **AFFIRMED.**